# United States District Court
## Violation Notice

(Rev. 1/2018)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC15 | 9653432 | AS ETO | 425 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 04/15/2020 17:10
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 41 USC 841

Place of Offense: Strawberry Valley, CA/Cedar Canyons

Offense Description: Factual Basis for Charge — HAZMAT ☐
Possession of a controlled substance on public lands

### DEFENDANT INFORMATION

Last Name: VELA MESA
First Name: Santos
MI: M

Tag No: —   State: —   Year: —   Make/Model: —   PASS ☐   Color: —

**A ☒ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+$30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TBD
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Santos Villa M.

Original - CVB Copy

*9653432*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 15th, 20 20 while exercising my duties as a law enforcement officer in the Central District of California

See attached.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/15/2020    [signature] DA
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/22/2020 12:22

Incident# LM20012806        CVB Loc. Code CC15        Violation Notice #9653432

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I, Ranger ABITU #410, state that on March 26, 2020 while exercising my duties as a Law Enforcement Officer in the Central District of California

I conducted uniformed patrol in a marked patrol vehicle on BLM Public Lands, in Stoddard Valley, in the area known as Crash Corners. While patrolling, I observed three larger structures, covered in white and black tarps. In plain view, I could observe, from outside the fence, numerous green leafy plants planted in black containers inside the structure. I recognized the strong odor of marijuana emitting from the structures. Ranger Friend and I searched the surrounding area but did not observe any additional greenhouses and or subjects responsible for the grow operation.

On April 15, 2020, Ranger Friend and Ranger Benavidez stopped a black SUV that was driving towards the Subject's Premises. The driver was identified by his California Driver's License as Santos VILLA-MESA.

Agent Apley and I contacted VILLA-MESA at the grow site where he was being detained. After waiving his Miranda Rights, VILLA-MESA admitted to helping LEON-TAPIA tend to the marijuana greenhouses. VILLA-MESA continued to state LEON-TAPIA and him both planted marijuana plants.

VILLA-MESA was issued Violation Notice #9653432 for cultivation of a controlled substance on public lands under 21 U.S.C. 841. VILLA-MESA signed the promise to appear or pay collateral fine statement. His signature appears on the Violation Notice in the space marked Defendant Signature

The foregoing statement is based upon:
- ☒ My personal observation
- ☒ My personal investigation
- ☒ Information supplied to me from my fellow officer's observation
- ☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on:    04/15/2020                    _____
                Date (MM/DD/YYYY)              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:    _____               _____
                Date (MM/DD/YYYY)              U. S. Magistrate Judge